USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB ECF Case |
| CITY OF RIVERSIDE V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-0597 |
| COUNTY OF SAN MATEO V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-0625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-0626 |
| CITY OF RICHMOND V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-0627 |
| COUNTY OF SAN DIEGO V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-0667 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-5186 |
| COUNTY OF SONOMA V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-5187 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-5221 |
| COUNTY OF SACRAMENTO V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-5569 |
| COUNTY OF MENDOCINO V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-8644 |
| AMABILE ET AL. V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-1700 |
| MARAGOS V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-2297 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-3952 |
| CITY OF HOUSTON V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-5616 |
| THE CHARLES SCHWAB CORPORATION ET AL. V. BANK OF AMERICA CORPORATION ET AL. | No. 13-cv-7005 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD V. CREDIT SUISSE GROUP AG ET AL. | No. 13-cv-7394 |
| TRIAXX PRIME CDO 2006-1 LTD. ET AL. V. BANK OF AMERICA CORPORATION ET AL. | No. 14-cv-0146 |
| FEDERAL DEPOSIT INSURANCE CORPORATION V. BANK OF AMERICA CORPORATION ET AL. | No. 14-cv-1757 |
| BAY AREA TOLL AUTHORITY V. BANK OF AMERICA CORPORATION ET AL. | No. 14-cv-3094 |

MOTION AND [PROPOSED] ORDER OF WITHDRAWAL
OF APPEARANCE OF KENNETH B. MEYER, ESQ.

Pursuant to Local Civil Rule 1.4, Defendant, The Norinchukin Bank ("Norinchukin"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Kenneth B. Meyer, Esq., as counsel on its behalf. Norinchukin further requests that the email address, kmeyer@sidley.com, be removed from the ECF service notification list for the above referenced actions.

Sidley Austin has represented Norinchukin throughout the pendency of these actions and will continue to do so. On November 5, 2014, I appeared in these actions. As of August 31, 2018, I will no longer be associated with Sidley Austin and will not continue to represent Norinchukin in these actions. My withdrawal will not affect the posture of these actions.

Dated: New York, New York
August 28, 2018

SIDLEY AUSTIN LLP

By: /s/ Kenneth B. Meyer
Kenneth B. Meyer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
kmeyer@sidley.com

Attorneys for Defendant
The Norinchukin Bank

ENTERED this 30th day of August, 2018.

SO ORDERED

Honorable Naomi Reice Buchwald
United States District Judge